Carlotta L. SMITH, Plaintiff–Appellant,

v.

**NEW WEST STATIONS, INC.,** Defendant–Appellee.

No. 08–15500.

United States Court of Appeals, Ninth Circuit.

Submitted Jan. 11, 2010.[*]

Filed Jan. 25, 2010.

Carlotta L. Smith, Lithia Springs, GA, pro se.

Eric L. Graves, Jeff Stone, Stone & Graves, Gold River, CA, for Defendant–Appellee.

Before: BEEZER, TROTT, and BYBEE, Circuit Judges.

[*] The panel unanimously concludes that this case is suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

MEMORANDUM [**]

Carlotta L. Smith appeals pro se from the district court's Rule 52(c) judgment on partial findings in her Title VII action alleging unlawful retaliation. We have jurisdiction pursuant to 28 U.S.C. § 1291. We review the district court's factual findings for clear error. *Golden v. Local 55, of the Int'l Ass'n of Firefighters,* 633 F.2d 817, 820 (9th Cir.1980). We affirm.

Substantial evidence supports the district court's determination that Smith failed to prove that she was fired in retaliation for opposing race discrimination. *See id.* at 822.

Smith's remaining contentions are not persuasive.

**AFFIRMED.**

[**] This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.